

**Esere J. Onaodowan, Esq.**
eonaodowan@eocdlaw.com   c 718.427.3139

**Christine Delince, Esq.**
cdelince@eocdlaw.com   c 917.238.9332

Via ECF
Hon. Lewis J. Liman
United States District Court Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

REQUEST GRANTED.
The surrender date for Corey Batchelor is extended to July 8, 2024.   6/6/2024

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

June 5, 2024

Re: United States v. Corey Batchelor   20 Cr. 293 (LJL)

Dear Judge Liman:

    On behalf of Corey Batchelor, I write to request an extension of his surrender date, from June 11, 2024, to July 8, 2024. Mr. Batchelor has oral surgery scheduled for June 20, 2024, and would like to ensure that he has fully recovered prior to surrendering to the BOP. In addition, one of Mr. Batchelor's relatives recently passed away. He would like to attend the memorial service which will likely take place at the end of June.

    I have consulted with the government, and they have no objection to this request.

RESPECTFULLY SUBMITTED,

_____
Christine Delince, Esq.

100 Church Street, 8th Fl, NY 10007   w eocdlaw.com   facebook.com/OnaodowanDelince   twitter.com/OandDLaw